THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR J. MALLON, Appellant.

*People* v. *Mallon,* 116 App. Div. 425, affirmed.
(Argued June 3, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 21, 1906, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*John F. McIntyre* and *Edward Weiss* for appellant.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed, on the ground that the errors in ruling on the evidence may be safely disregarded in this case under section 542 of the Code of Criminal Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ. Dissenting: WILLARD BARTLETT, J.